FILED
November 07, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Fidel Morales_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR MARTINEZ-LIMON,<br><br>Defendant. | §<br>§<br>§<br>§ CRIMINAL NO. EP-25-MJ-5910-MAT<br>§<br>§<br>§<br>§<br>§ |

## STIPULATION OF FACTS

TO THE HONORABLE MIGUEL A. TORRES, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

For purposes of this case and the Bench Trial scheduled for Friday, November 7, 2025, the parties enter into the following stipulations and request that the Court consider the following stipulations:

1. The events relevant to this case occurred on October 22, 2025.

2. The events relevant to this case occurred within the Western District of Texas.

3. On October 22, 2025, defendant Omar Martinez-Limon was apprehended by two United States Border Patrol Agents.

4. The apprehension occurred after Mr. Martinez illegally crossed into the United States from Mexico.

5. The apprehension occurred in an area north of the Rio Grande River approximately 8.5 miles east of the Tornillo Port of Entry in Tornillo, Texas.

6. Mr. Martinez was found with three other adults, and an infant being carried by the infant's mother, hiding in an irrigation ditch.

7. The location Mr. Martinez illegally crossed into the United States is not a Port of Entry or a location designated by immigration officials as a place for entry into the United States.

8. Mr. Martinez is a citizen and native of Mexico.

9. At the time of his apprehension, Mr. Martinez had in his possession a Mexican identification card.

10. Prior to crossing into the United States, Mr. Martinez did not receive permission from the United States government to enter the United States.

11. At the time of his apprehension, Mr. Martinez did not possess any valid United States immigration documents that would allow him to enter or remain in the United States legally.

12. The area where Mr. Martinez was apprehended is within a restricted military area, referred to as a "National Defense Area".

13. The National Defense Area where Mr. Martinez was apprehended incorporates federal land along the U.S./Mexico border between the Rio Grande River and the U.S. border wall approximately 63 miles in length from the Texas/New Mexico border to the town of Fort Hancock in El Paso and Hudspeth Counties, Texas.

14. Within the National Defense Area are postings warning people in both English and Spanish that the area is restricted.

15. These postings are on signs attached to stakes in the ground that are placed at different intervals within the National Defense Area.

16. It is not clear that Mr. Martinez, or anyone he was traveling with, saw or read any of the National Defense Area postings, or knew of their existence.

17. At the time of Mr. Martinez's apprehension, there were no military personnel present in the area.

18. At the time of Mr. Martinez's apprehension, there was no military equipment present in the area.

19. Upon questioning by United States Border Patrol Agents, Mr. Martinez stated that he did not know the area where he crossed illegally into the United States was a restricted military area.

20. If Mr. Martinez were to testify at trial, he would testify that he did not know the area was a restricted military area.

SIGNED AND AGREED TO this the 7th day of November 2025.

                                                  Respectfully Submitted,

                                                  JUSTIN R. SIMMONS
                                                  UNITED STATES ATTORNEY

By: _____
      Phillip Countryman
      Assistant U.S. Attorney
      Texas Bar#24094380
      700 E. San Antonio, Suite 200
      El Paso, Texas 79901
      (915) 534-6884

I have consulted with my attorney and discussed the contents of these stipulations with him. I am satisfied with his legal representation, and I hereby stipulate to the facts contained therein.

_____      11-7-25
Omar Martinez-Limon                            Date
Defendant

I am counsel for Omar Martinez-Limon. I have carefully reviewed this stipulation of facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____      11-7-25
Shane McMahon                                  Date
Attorney for Defendant