FILED
November 07, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_Fidel Morales\_\_\_
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § Plaintiff, § § v. § § OMAR MARTINEZ-LIMON, § § Defendant. § § | CRIMINAL NO. EP-25-MJ-5910-MAT |

### WAIVER OF RIGHT TO TRIAL BY JURY

The undersigned hereby waives any right the undersigned may have to a jury trial in this cause and hereby agrees that all matters of fact, as well as of law, be determined by the Court.

_____
Omar Martinez-Limon
Defendant

_____
Shane McMahon
Attorney for Defendant

Agreed:

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: _____
Phillip Countryman
Assistant U.S. Attorney

THE COURT APPROVES THE FOREGOING.

_____
HONORABLE MIGUAL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Date: Nov. 7, 2025