(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

FILED
11/07/2025
Clerk, U.S. District Court
Western District of Texas

By: _____FM_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CASE NUMBER: EP:25-M -05910(1) - MAT |
| vs. | § USM Number: |
| | § |
| (1) OMAR MARTINEZ-LIMON | § |
| Defendant. | |

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Omar MARTINEZ-Limon, was represented by counsel, Federal Public Defender Shane Michael McMahon and Andrew Lafayette Steed.

A bench trial was held and proceeded on the stipulation of facts. The defendant was found not guilty by the Court on Count 2 and Count 3 of the Misdemeanor Information on November 07, 2025.

The defendant was found guilty by the Court on Count 1 of the Misdemeanor Information on November 07, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | October 22, 2025 |

As pronounced on November 07, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

Signed this the 7th day of November, 2025.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE